UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

               Plaintiff,

-against-

THEE UNITED STATES OF THE FBI, CIA,
ET AL..,

               Defendants.

26 CIVIL 00579 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

      SO ORDERED.

Dated:   April 14, 2026

        New York, New York

                             /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                        Chief United States District Judge